UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CARLA SMITH
on behalf of herself and all
others similarly situated,

       Plaintiff,                           Case No. 19-cv-1308

      v.

ALEXIAN VILLAGE OF MILWAUKEE, INC.,

       Defendant

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT AND CERTIFICATION OF A RULE 23 CLASS**

      Based on Plaintiff's submissions in support of her Corrected Unopposed Motion for Preliminary Approval of Class Action Amended Settlement (ECF No. 41), and the parties' Corrected Joint Stipulation to Certify a Class Action Pursuant to Fed. R. Civ. P. 23 and to Certify Class Counsel and the Named Plaintiff as Representative for the Class (ECF No. 40), as well as the record as a whole,

      IT IS ORDERED THAT:

      1.    Preliminary approval of the parties' Amended Joint Stipulation of Settlement & Release (the "Amended Settlement Agreement") is granted as the Court finds that the settlement terms negotiated by the parties and described in the Amended Settlement Agreement are a fair and reasonable resolution of a *bona fide* dispute between Defendant and all affected employees of Defendant during the relevant timeframe.

      2.    Plaintiff's Rule 23 class is certified, for settlement purposes only, pursuant to Fed. R. Civ. P. 23. The Court finds that this class meets the requirements of Fed. R. Civ. P. 23(a) and Fed. R. Civ. P. 23(b)(3). The class is defined as follows:

> All current and former hourly-paid, non-exempt front-line care employees employed by Defendant in such positions as Resident Assistant, Certified Nursing Assistant, Activity Assistant, and Activity Coordinator, within the three (3) years prior to the filing of the Complaint, (ECF No. 1), who received alleged non-discretionary compensation, such as retention bonuses, on-call bonuses, and

holiday bonuses, that was not incorporated into said employees' regular rates of pay for overtime compensation purposes.

3. Carla Smith shall serve as the representative for the certified Fed. R. Civ. P. 23 class.

4. The law firm of Walcheske & Luzi, LLC is hereby appointed as class counsel for the certified Fed. R. Civ. P. 23 class.

5. The Court approves the Notice of Class Action Settlement (the "Notice") attached as Exhibit A to the Amended Settlement Agreement.

6. The Notice constitutes the best notice practicable under the circumstances, including individual notice to all Class Members who can be identified with reasonable effort, and constitutes valid, due, and sufficient notice to Class Members in full compliance with the requirements of applicable law, including the due process clause of the United States Constitution.

7. Each Rule 23 Class Member who wishes to be excluded must opt-out per the instructions set forth in the Notice.

8. Any Rule 23 Class Member who has not properly and timely requested exclusion shall be bound in the event the Court issues a final order approving the Amended Settlement Agreement.

9. The Court will conduct a Fairness Hearing on [date] at [time] to determine whether: the Amended Settlement Agreement should be approved as fair, reasonable and adequate; to award Plaintiff's counsel's requested attorneys' fees and costs; to award the parties' agreed upon service award to Plaintiff; and to enter the proposed final order approving the Amended Settlement Agreement.

10. Any Rule 23 Class Member who wishes to object in any way to the proposed Amended Settlement Agreement must file and serve such written objections per the instructions set forth in the Notice no later than thirty (30) days after the mailing of the Notice, together with copies of all papers in support of his or her position. The Court will not consider objections of any Rule 23 Class Member who has not properly served copies of his or her objections on a timely basis.

Entered this _____ day of _____, 2021.

BY THE COURT:

_____
Hon. J.P. Stadtmueller
United States District Court

4848-6653-2351.1 / 096988-1002