# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CARLA SMITH, *on behalf of herself and all others similarly situated*,

        Plaintiff,

v.

ALEXIAN VILLAGE OF MILWAUKEE, INC.,

        Defendant.

Case No. 19-CV-1308-JPS

**ORDER**

On January 24, 2022, the Court held a fairness hearing at which it adopted the parties' settlement in total and approved the requested attorneys' fees and Plaintiff's service award. (Docket #51).

Accordingly,

**IT IS ORDERED** that Plaintiff's unopposed motion for final approval of class action amended settlement (Docket #44) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the settlement is **APPROVED** as one that is a fair, reasonable, and adequate resolution of a *bona fide* dispute under Federal Rule of Civil Procedure 23(e) and the Fair Labor Standards Act;

**IT IS FURTHER ORDERED** that the parties and all participating members of the class shall be bound by the terms of the Settlement Agreement (Docket #41-1);

**IT IS FURTHER ORDERED** that the settlement payments to all participating class members be and the same are hereby **APPROVED**;

**IT IS FURTHER ORDERED** that Plaintiff's unopposed motion for approval of service award (Docket #46) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff's service award in the amount of $1,000.00 be and the same is hereby **APPROVED**;

**IT IS FURTHER ORDERED** that Plaintiff's unopposed motion for approval of attorneys' fees and costs (Docket #47) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Class Counsel's requested award of attorneys' fees and costs in the total amount of $32,236.34 is fair and reasonable and therefore **APPROVED**;

**IT IS FURTHER ORDERED** that the released claims be and the same are hereby **DISMISSED with prejudice** as to Plaintiff and all participating class members as defined in the Settlement Agreement;

**IT IS FURTHER ORDERED** that the claims of the putative class members, if any, who properly and timely excluded themselves in accordance with the procedures in the Settlement Agreement be and the same are hereby **DISMISSED without prejudice**; and

**IT IS FURTHER ORDERED** that this case be and the same is hereby **DISMISSED with prejudice** and without further costs to any party.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 31st day of January, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge