# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CARLA SMITH, *on behalf of herself and all others similarly situated*,

            Plaintiff,

v.

ALEXIAN VILLAGE OF MILWAUKEE, INC.,

            Defendant.

Case No. 19-CV-1308-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the parties' corrected stipulated motion to certify a class action, class counsel, and class representative (Docket #40) be and the same is hereby **GRANTED** (Docket #43);

      **IT IS FURTHER ORDERED AND ADJUDGED** that the Rule 23 Class defined in the corrected stipulated motion is certified pursuant to Rule 23(c)(1). The Court finds that this class meets the requirements of Rule 23(a) and (b)(3). The Rule 23 Class is defined as follows:

> All current and former hourly-paid, non-exempt front-line care employees employed by Defendant in such positions as Resident Assistant, Certified Nursing Assistant, Activity Assistant, and Activity Coordinator, within the three (3) years prior to the filing of the Complaint (Docket #1) who received alleged non-discretionary compensation, such as retention bonuses, on-call bonuses, and holiday bonuses, that was not

incorporated into said employees' regular rates of pay for overtime compensation purposes. (Docket #43);

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's unopposed motion for final approval of class action amended settlement (Docket #44) be and the same is hereby **GRANTED** (Docket #52);

IT IS FURTHER ORDERED AND ADJUDGED that the settlement is **APPROVED** as one that is a fair, reasonable, and adequate resolution of a *bona fide* dispute under Federal Rule of Civil Procedure 23(e) and the Fair Labor Standards Act (Docket #52);

IT IS FURTHER ORDERED AND ADJUDGED that the settlement payments to all participating class members be and the same are hereby **APPROVED** (Docket #52);

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff Carla Smith shall serve as Class Representative of the Rule 23 Class (Docket #43);

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's unopposed motion for approval of service award (Docket #46) be and the same is hereby **GRANTED** (Docket #52);

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's service award in the amount of $1,000.00 be and the same is hereby **APPROVED** (Docket #52);

IT IS FURTHER ORDERED AND ADJUDGED that the law firm of Walcheske & Luzi, LLC is hereby appointed as Class Counsel of the Rule 23 Class (Docket #43);

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's unopposed motion for approval of attorneys' fees and costs (Docket #47) be and the same is hereby **GRANTED** (Docket #52);

IT IS FURTHER ORDERED AND ADJUDGED that Class Counsel's requested award of attorneys' fees and costs in the total amount of $32,236.34 is fair and reasonable and therefore **APPROVED** (Docket #52);

**IT IS FURTHER ORDERED AND ADJUDGED** that the released claims be and the same are hereby **DISMISSED with prejudice** as to Plaintiff and all participating class members as defined in the Settlement Agreement (Docket #52);

**IT IS FURTHER ORDERED AND ADJUDGED** that the claims of the putative class members, if any, who properly and timely excluded themselves in accordance with the procedures in the Settlement Agreement be and the same are hereby **DISMISSED without prejudice** (Docket #52); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this case be and the same is hereby **TERMINATED**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

January 31, 2022      *s/ Jodi L. Malek*
Date                  By: Deputy Clerk